E-FILED
Thursday, 27 October, 2022  04:35:31 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DAVID PEOPLES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: |
| | ) | |
| BRANDON LYNCH, and | ) | **JURY TRIAL DEMANDED** |
| TRUE UTILITY CONTRACTING, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT

NOW COMES Plaintiff, DAVID PEOPLES, by and through his attorneys of record, WILLIAMSON, WEBSTER, FALB & GLISSON and for his Complaint against Defendants, BRANDON LYNCH and TRUE UTILITY CONTRACTING, LLC, states the following based upon information and belief:

### FEDERAL JURISDICTION

1.   Jurisdiction is based upon 28 U.S.C. §1332, diversity of citizenship action with a matter in controversy exceeding the sum or value of $75,000, exclusive of costs and interest due to the nature of Plaintiff's economic and noneconomic damages.

### PARTIES

2. At all times material hereto, Plaintiff David Peoples (hereafter "Plaintiff") was and is a resident and citizen of the State of Illinois.

3.   At all times material hereto, upon information and belief, Brandon Lynch (hereafter "Defendant Lynch") was and is a resident and citizen of the State of Missouri.

4.    At all times material hereto, Defendant True Utility Contracting, LLC  (hereafter "Defendant True Utility") was and is a for profit corporation incorporated under the laws of the State of Missouri, with its principal place of business located in the State of Missouri.

## COUNT 1
### Negligence Against Defendant Brandon Lynch

1-4.    Plaintiff hereby incorporates and realleges paragraphs 1-4 above as and for paragraphs 1-4 of this Count I.

5.    On or about December 6, 2021, Plaintiff controlled and operated a certain motor vehicle, namely a 2000 International Semi.

6.    On said date, Plaintiff was traveling southbound Highway 67, in the City of Kane, County of Greene and State of Illinois.

7.    At said time and place, Defendant Lynch operated and controlled a certain motor vehicle, namely a 2004 Chevrolet Truck pulling a flat bed trailer with construction equipment on said trailer.

8.    At said time and place, Defendant Lynch was traveling northbound on Highway 67, in the City of Kane, County of Greene and State of Illinois.

9.    At said time and place, Defendant Lynch owed all persons, including Plaintiff, a duty of reasonable and ordinary care in the operation of his vehicle on the public roads of the State of Illinois.

10.   Notwithstanding said duty, Defendant Lynch committed one or more of the following negligent and careless acts and/or omissions, thereby breaching said duty:

   A) Failed to keep a proper lookout;

B) Drove at a speed that was not reasonable for the traffic conditions;

C) Drove while distracted;

D) Drove at a speed that was not reasonable for the traffic conditions, in violation of 625 ILCS 5/11-601(a);

E) Failed to warn Plaintiff of an impending collision;

F) Failed to properly warn Plaintiff of an impending collision;

G) Failed to secure the construction equipment, including but not limited to a piece of plywood, to the aforementioned trailer;

H) Failed to properly secure the construction equipment, including but not limited to a piece of plywood, to the aforementioned trailer; and/or

I) Otherwise, failed to make a proper maneuver to avoid an impending collision.

11. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions committed by Defendant Lynch, a piece of plywood from the aforementioned trailer being hauled by Defendant Lynch went airbound, striking and going through the windshield of the aforementioned vehicle driven by Plaintiff, thereby striking Plaintiff.

12. As a direct and proximate result of one or more of the foregoing negligent acts and/or omissions committed by Defendant Lynch, Plaintiff sustained severe bodily injuries, some if not all of which may be permanent and continuing, including to his hand and fingers, among other parts of his body; Plaintiff suffered, continues to suffer, and will suffer pain and suffering, both of the body and mind; Plaintiff lost and continues to lose his normal life; Plaintiff has permanent disfigurement; Plaintiff lost wages; and Plaintiff has and will become liable for

reasonable and necessary medical expenses incurred in endeavoring to cure himself of the above noted bodily injuries.

**WHEREFORE,** Plaintiff DAVID PEOPLES prays for judgment against Defendant BRANDON LYNCH for an equitable sum greater than Fifty Thousand Dollars ($50,000.00) together with his costs of this action, post-judgment interest, and any and all other relief this Court deems just and proper.

## COUNT II
**Respondeat Superior Claim Against Defendant True Utility Contracting, Inc.**

1-12.   Plaintiff hereby realleges and incorporates paragraphs 1-12 of Count I as and for paragraphs 1-12 of this Count II.

13.    At all times material hereto, Defendant Lynch was an employee, agent, and/or servant of Defendant True Utility.

14.    At all times material hereto and at the time and place of the aforementioned motor vehicle collision between Defendant Lynch and Plaintiff, Defendant Lynch was performing his job duties and responsibilities for Defendant True Utility, was acting with the scope of his agency and/or employment relationship with Defendant True Utiliuty, and was acting in furtherance of the business interest of Defendant True Utility.

15.    At all times material hereto and at the time and place of the aforementioned motor vehicle collision between Defendant Lynch and Plaintiff, Defendant True Utility was and is vicariously liable for the aforementioned negligent acts and/or omissions of Defendant Lynch.

**WHEREFORE**, Plaintiff DAVID PEOPLE prays for judgment against Defendant TRUE UTILITY CONTRACTING, LLC for an equitable sum greater than Fifty Thousand Dollars ($50,000.00) together with his costs of this action, post-judgment interest, and any and all other relief this Court deems just and proper.

BY: _____

MICHAEL P. GLISSON, #6237172

TIMOTHY J. CHARTRAND, #6318282

Williamson, Webster, Falb & Glisson

111 East Fourth Street, Suite 400

Alton, Illinois 62002

(618) 462-1077

(618) 462-1080 Fax

mike@glissonlaw.com

tim@glissonlaw.com

*Attorneys for Plaintiff*